**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| PAUL SHUGART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:18-cv-00544-D |
| ) | |
| CONN APPLIANCES, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS WITHOUT PREJUDICEE

Plaintiff, PAUL SHUGART and Defendant, CONN APPLIANCES, INC., through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case against CONN APPLIANCES, INC., without prejudice, both sides to bear their own fees and costs.

DATED: July 18, 2018

RESPECTFULLY SUBMITTED,

By: /s/ Michael S. Agruss
Michael S. Agruss (ILBA #6281600)
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Avenue, Suite 419
Chicago, IL 60640
312-224-4695 – office
312-253-4451 – facsimile
michael@agrusslawfirm.com

—and—

Elaine M. Dowling (OBA #14,217)
6801 Broadway Extension, Suite 310
Oklahoma City, OK 73116
Tel: 405-842-8005
Fax: 405-840-6367
dowlinglawoffice@aol.com

RESPECTFULLY SUBMITTED,

By: /s/ Steven Terrill
Steven J. Terrill
J. Spencer Bryan
BRYAN & TERRILL LAW, PLLC
9 East 4th Street, Suite 307
Tulsa, OK 74103
918-935-2777
918-935-2778
sjterrill@bryanterrill.com
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

     On July 18, 2018, I electronically filed the Stipulation to Dismiss with the Clerk of the U.S. District Court, using the CM/ECF system, which will provide notice to all parties of record.

                                                                 By: /s/ Michael S. Agruss
                                                                       Michael S. Agruss